```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 23263
   CIPRIANO V MEDRANO
   LYDIA S MEDRANO                              CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-5577     SSN XXX-XX-4366

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/11/2007 and was confirmed 02/11/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/04/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
B-REAL LLC                    UNSECURED        6002.64           .00            .00
RESURGENT CAPITAL SERVIC      UNSECURED        1448.13           .00            .00
CAPITAL ONE                   UNSECURED         717.14           .00            .00
CAPITAL ONE                   UNSECURED         841.67           .00            .00
RESURGENT CAPITAL SERVIC      UNSECURED         645.83           .00            .00
CBUSASEARS                    UNSECURED       NOT FILED          .00            .00
NISSAN MOTOR ACCEPTANCE       NOTICE ONLY     NOT FILED          .00            .00
RESURGENT CAPITAL SERVIC      UNSECURED        8390.57           .00            .00
CITI CARDS                    UNSECURED       NOT FILED          .00            .00
CITIFINANCIAL                 UNSECURED       NOT FILED          .00            .00
DISCOVER FINANCIAL SERVI      UNSECURED        2574.94           .00            .00
GEMB/JC PENNEY                UNSECURED       NOT FILED          .00            .00
GEMB/WALMART                  UNSECURED       NOT FILED          .00            .00
ECAST SETTLEMENT CORP         UNSECURED        4304.89           .00            .00
HFC                           UNSECURED       NOT FILED          .00            .00
HSBC NV                       UNSECURED       NOT FILED          .00            .00
HSBC/CARSONS                  UNSECURED       NOT FILED          .00            .00
KOHLS                         UNSECURED       NOT FILED          .00            .00
NICOR GAS                     UNSECURED         865.78           .00            .00
NISSAN INFINITI               UNSECURED        7447.27           .00            .00
RESURGENT CAPITAL SERVIC      UNSECURED         401.78           .00            .00
ECAST SETTLEMENT CORP         UNSECURED         587.77           .00            .00
WFFINANCE                     UNSECURED       NOT FILED          .00            .00
WFFINANCE                     UNSECURED       NOT FILED          .00            .00
WFNNB/HARLEM FURNITURE        UNSECURED       NOT FILED          .00            .00
CITIFINANCIAL                 SECURED VEHIC    2825.00         41.40         198.60
CITIFINANCIAL                 UNSECURED       NOT FILED          .00            .00
COOK COUNTY TREASURER         SECURED         10745.56           .00          30.00
WELLS FARGO FINANCIAL IL      CURRENT MORTG       .00            .00            .00
WELLS FARGO FINANCIAL IL      MORTGAGE ARRE    2893.00           .00        2893.00
NISSAN INFINITI               SECURED NOT I    1283.72           .00            .00
WELLS FARGO FINANCIAL IL      SECURED NOT I    1083.81           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 23263 CIPRIANO V MEDRANO & LYDIA S MEDRANO
```

```
CHASE BANK USA NA         UNSECURED           327.01            .00              .00
INTERNAL REVENUE SERVICE  PRIORITY           1762.62            .00              .00
INTERNAL REVENUE SERVICE  UNSECURED            75.07            .00              .00
RESURGENT CAPITAL SERVIC  UNSECURED          6654.53            .00              .00
LVNV FUNDING              UNSECURED          7489.69            .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       1,799.50                         1,799.50
TOM VAUGHN                TRUSTEE                                              430.40
DEBTOR REFUND             REFUND                                                  .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     5,392.90

PRIORITY                                              .00
SECURED                                          3,121.60
     INTEREST                                       41.40
UNSECURED                                             .00
ADMINISTRATIVE                                   1,799.50
TRUSTEE COMPENSATION                               430.40
DEBTOR REFUND                                         .00
                           ---------------    ---------------
TOTALS                      5,392.90             5,392.90
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
     Dated: 01/28/09                  _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE